**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 19-80006-CV-MIDDLEBROOKS/Reid
(15-80184-CR-MIDDLEBROOKS)

PEDRO ANTONIO ALARCON,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report, issued on January 19, 2021. (DE 20).  The Report recommends denying Movant Pedro Antonio Alarcon's Motion to Vacate, pursuant to 28 U.S.C. §2255.

The deadline for Movant to file objections expired on February 2, 2021. Movant filed no objections by that date, so I adopted the Report and closed this case on February 19, 2021. (DE 21). Then, on March 4, 2021, Movant filed a motion to reconsider and request to permit late-filed objections, asserting that he had not received a copy of the Report in time to prepare his objections. (DE 23). In an abundance of caution and to afford Movant an opportunity to respond to the Report, I reopened the case and set a deadline of April 29, 2021 for Movant to file his objections. (DE 24). I later extended the deadline to Mary 21, 2021, at movant's request. (DE 27). Thereafter, Movant timely filed his objections. (DE 28).

I have conducted a de novo review of Judge Reid's Report, the record in this case, and I have considered the applicable law. I have also considered Movant's objections, and I find that

they lack merit. Accordingly, I continue to agree with Judge Reid's recommendations and I now reaffirm my prior ruling adopting her Report.

Further, I find that Movant cannot make "a substantial showing of the denial of a constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report (DE 20) is **ADOPTED.**

(2) Movant's Objections (DE 28) are **OVERRULED.**

(3) Movant's Amended Motion to Vacate pursuant to 28 U.S.C. § 2255 (DE 8) is **DENIED.**

(4) No certificate of appealability shall issue.

(5) Final Judgment shall be entered by separate Order.

**SIGNED** in Chambers at West Palm Beach, Florida, this 27th day of July, 2021.

           Donald M. Middlebrooks
           United States District Judge

Copies to:  Magistrate Lisette Reid
            Counsel of Record
            Pedro Antonio Alarcon, PRO SE
            08683-104
            Miami FCI
            Federal Correctional Institution
            Inmate Mail/Parcels
            Post Office Box 779800
            Miami, FL 33177